**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

Steven Gerald Durio
Durio, McGoffin, etc.
P. O. Box 51308
Lafayette LA 70505-1305

**REHEARING ACTION: June 11, 2014**

**Docket Number: 13   01402-CA**

**ROBERT CHASTANT, ET AL.**
**VERSUS**
**LAURA FUTRAL CHASTANT**

**Appealed from Iberia Parish Case No. 119347**

**BEFORE JUDGES:**

      Hon. Elizabeth A. Pickett
      Hon. James T. Genovese
      Hon. Shannon J. Gremillion

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Laura Futral Chastant** has this day been

      **DENIED.**

cc: James Louis Daniels, Counsel for the Appellant